# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

[1] EUDE ALCIVAR ESTUPINAN-CABEZAS

    Petitioner

      v.

UNITED STATES OF AMERICA

    Respondent

CIVIL NO. 16-2097 (PAD-SCC)

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
### RE: SENTENCE REDUCTION PURSUANT TO *JOHNSON*

On June 15, 2016, petitioner Eude Alcivar Estupinan-Cabezas moved for post-conviction relief under *Johnson.* Docket No. [1].

The matter was referred to the undersigned for Report & Recommendation at Docket No. [16]. On January 17, 2017, petitioner filed a second motion to vacate, Docket No. [18], which was referred on February 6, 2017.

On August 31, 2017, the Federal Public Defender filed a Motion in Compliance with the order of the Court at Docket [20], informing the reasons why it would not be filing any supplemental pleadings on behalf of the petitioner. Docket No. [22].

After careful review of the record, I recommend as follows:

The defendant is not eligible for a sentence reduction under *Johnson v United States*, 135 S. Ct. 2251 (2015) because the defendant was neither sentenced under nor subject to the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(c), or as pre-*Booker* Career Offender under the respective guideline, U.S.S.G. § 4B1.1, nor was he convicted of possession of a weapon during and in relation to a "crime of violence", 18 U.S.C. § 924(c).

I therefore, recommend that the motion for reduction of sentence under Johnson (Docket No. 1) be DENIED insofar as inapplicable.

**IT IS SO RECOMMENDED.**

The parties have fourteen days to file any objections to this report and recommendation. Failure to file the same within the specified time waives the right to appeal this report and recommendation. *Henley Drilling Co. v. McGee*, 36 F.3d 143, 150-51 (1st Cir. 1994); *United States v. Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986).

In San Juan, Puerto Rico, this 3rd day of January, 2018.

*S/ Silvia Carreño-Coll*
**SILVIA CARREÑO-COLL**
United States Magistrate Judge